NOTICE OF APPEARANCE IN A CRIMINAL CASE

# CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.  Criminal Number  1-21-cr-00247-TFH-2

JONATHAN DANIEL CARLTON
(Defendant)

TO: ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA    ☒ RETAINED    ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Richard Landes, FL0085
(Attorney & Bar ID Number)

Law Offies of Richard Landes
(Firm Name)

736 2nd St N
(Street Address)

Jacksonville Beach, FL 32250
(City)   (State)   (Zip)

904 343-4556
(Telephone Number)