IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No.: 21-CR-247 (TFH) |
| v. | : | 18 U.S.C. § 5104(e)(2)(G) |
| WEEKS, ET AL | : | |
| Defendant. | : | |

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, **Jonathan Daniel "Danny" Carlton**, with the concurrence of his attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020

Presidential Election, which had taken place on Tuesday, November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5. At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6. At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $1.4 million dollars for repairs.

7.      Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *Defendant Carlton's Participation in the January 6, 2021, Capitol Attack*

8.      The defendant, **Jonathan Daniel Carlton**, lives in Raiford, Florida. On January 5, 2021, defendant traveled from Florida to Washington, D.C., via automobile with Defendant Bradley Weeks. The purpose of the defendant's trip to Washington, D.C., was to protest Congress' certification of the Electoral College.

9.      On January 6, Defendant Carlton and Defendant Weeks attended the "Stop the Steal" rally and then marched with other protestors to the Capitol at the urging of then-President Donald Trump.

10.     At about 2:00 p.m., Defendant Carlton was a part of the group that had gathered on the lawn just north of the Northwest Stairs. Defendant Weeks and Defendant Carlton watched as other members of the group destroyed the covering on the scaffolding, stood on the balustrade, and pushed past a line of officers trying to keep people away from the building. From there,

Defendant Carlton separated from Defendant Weeks and climbed the Northwest Stairs underneath the scaffolding to the Capitol's Northwest Terrace.

11. Defendant Carlton moved toward the Senate Wing Door joining a line of people on the wheelchair ramp waiting to go inside. Defendant Carlton then entered the Capitol with a large crowd through the Senate Wing Door at about 2:48 p.m.

12. The crowd eventually thinned, and Defendant Carlton was within view of the Senate Wing Door. However, Defendant Carlton did not leave. Defendant Carlton and Defendant Weeks began communicating using their cell phone at around 2:58 p.m. to attempt reunite. Around 3:02 – 3:04 p.m., Defendant Carlton texted Defendant Weeks that he was in the Capitol by the window that "we breached" and was burning up with leg injuries. Defendant Carlton then left through the Senate Wing Door and texted that he had stepped out for air. Defendant Carlton texted Defendant Weeks that if he was outside of the Capitol he should stay out and Defendant Carlton would find him.

13. Defendant Weeks came inside the Senate Wing Door. Defendant Carlton walked back into the building. After reuniting with Defendant Weeks, they turned away from the Senate Wing Door and went further into the Capitol.

14. Defendant Carlton and Weeks traveled through the Crypt, all the way into the Hall of Columns on the south side of the Capitol. They were unable to access the south door, and they turned around and went north the way they had just come.

15. Defendant Carlton eventually exited the Capitol through the Senate Wing Door at approximately 3:30 p.m. Defendant Weeks and Defendant Carlton then lingered on the Northwest terrace until at least 3:52 p.m.

16. On January 20, 2021, the defendant told law enforcement that he had been at the Capitol on January 6, 2021, but that he had not entered the building.

17. On January 22, 2021, the defendant admitted to law enforcement that he entered the Capitol on January 6, 2021.

### *Elements of the Offense*

18. **Jonathan Daniel "Danny" Carlton** knowingly and voluntarily admits to all the elements of **40 U.S.C. § 5104(e)(2)(G)**. Specifically, defendant admits that he willfully and knowingly entered the U.S. Capitol Building knowing that that he did not have permission to do so. Defendant further admits that while inside the Capitol, defendant willfully and knowingly paraded, demonstrated, or picketed.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: /s/ Anne Veldhuis
Anne Veldhuis
Trial Attorney
C.A. Bar No. 298491

By: /s/
Jamie Carter
Assistant United States Attorney
D.C. Bar No. 1027973

## DEFENDANT'S ACKNOWLEDGMENT

I, Jonathan Daniel Carlton, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 3/2/22

Jonathan Daniel Carlton
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 3/2/2022

Richard Landes
Attorney for Defendant