UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 1:21-cr-00247-002 (TFH) |
| v. : | |
| : | |
| JONATHAN DANIEL CARLTON, : | |
| : | |
| Defendant. : | |

### UNITED STATES' NOTICE OF CONCURRENCE WITH THE DEFENDANT'S MOTION TO CONTINUE SENTENCING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, files this notice of concurrence with the Defendant's Motion to Continue Sentencing, currently scheduled June 29, 2022, for a period of two weeks. As grounds for its concurrence, the government notes that Mr. Carlton has not yet completed compliance with section 3 of his plea agreement with the United States.

Respectfully submitted,

MATTHEW GRAVES
UNITED STATES ATTORNEY

By:      /s/
ANNE VELDHUIS
Trial Attorney
Detailee
CA Bar No. 298491
450 Golden Gate Ave., Room 10-0101
San Francisco, CA 94102
(415) 934-5300
anne.veldhuis@usdoj.gov

JAMIE CARTER
Assistant United States Attorney
DC Bar 1027970
601 D Street, N.W., Room 4.210
Washington, D.C. 20530
(202) 252-6741
Jamie.Carter@usdoj.gov