UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| | : | Case No. 1:21-cr-00247-002 (TFH) |
| v. | : | |
| | : | |
| JONATHAN DANIEL CARLTON, | : | |
| | : | |
| Defendant. | : | |

## UNITED STATES' NOTICE OF FILING OF ITEMS INCOMPATIBLE WITH CM/ECF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and in accordance with Local Rule 49(e)(1), hereby files this notice of filing of the following exhibits which are incompatible with CM/ECF filing. The items are videos that are exhibits 1 through 11 to the Government's Sentencing Memorandum as to Defendant Jonathan Daniel Carlton (ECF No. 47). The Government has no objection to the public release of these exhibits. The United States will make the following video evidence available to the Court and counsel for defendants via USA-FX:

| Ex. | File Name | Relevant Portion(s) | Source |
|---|---|---|---|
| 1 | 0106211314.mp4 | Weeks statement: 00:12-00:18 Context 00:00-00:24 | co-defendant Bradley Weeks's cell phone |
| 2 | 0106211349.mp4 | Screenshot: 00:20 Context 00:00-00:35 | co-defendant Bradley Weeks's cell phone |
| 3 | My DC Experience – Capitol | Screenshot: 08:08 Context: 05:26-12:10 | https://www.youtube.com/watch?v=tNl8-SKNrPA |

| 4 | 20210106_140204.mp4 | Screenshot: 2:12<br>Context: 00:00-03:36 | Video from Defendant Blake Austin Reed |
|---|---|---|---|
| 5 | Capitol Riots Raw Footage.wmv | Screenshot: 10:25<br>Context: 2:10-13:25 | https://www.youtube.com/watch?v=f80ScBHnNRk |
| 6 | banned-video -- TheResistance.video long.mp4 | Screenshot: 06:47<br>Context: 04:40-07:06 | Defendant Samuel Montoya https://cantcensortruth.com/watch?id=5ff6857e00bac0328da8e888 |
| 7 | ML_DC_20210106_Sony_FS7-GC_1959.MXF.mp4 | Screenshot: 2:00<br>Context: 00:00-02:18 | FBI |
| 8 | uI0w47p4R5CC_cvt.mp4 | Screenshot: 00:01<br>Context: 00:00-00:17 | What Parler Saw During the Attack – Pro Publica<br>2:39 p.m.<br>https://d2hxwnssq7ss7g.cloudfront.net/uI0w47p4R5CC_cvt.mp4 |
| 9 | Trump Supporters Storm US Capitol (clip1) | Screenshots: 02:06 and 06:51<br>Context: 00:00-07:00 | Videographer Louie Palu/Zuma Press https://vimeo.com/500245716 |
| 10 | Capitol Riots Raw Footage.wmv | Screenshot: 25:51<br>Context: 23:40-30:28 | https://www.youtube.com/watch?v=f80ScBHnNRk |

| 11 | C6CA3XcXO87g_cvt.mp4 | Screenshot: 00:48  Context: 00:00-01:05 | What Parler Saw During the Attack – Pro Publica 3:09 p.m. https://d2hxwnssq7ss7g.cloudfront.net/C6CA3XcXO87g_cvt.mp4 |
|---|---|---|---|

        Respectfully submitted,

        MATTHEW GRAVES
        UNITED STATES ATTORNEY

By:       /s/
        ANNE VELDHUIS
        Trial Attorney
        Detailee
        CA Bar No. 298491
        450 Golden Gate Ave., Room 10-0101
        San Francisco, CA 94102
        (415) 934-5300
        anne.veldhuis@usdoj.gov

        JAMIE CARTER
        Assistant United States Attorney
        DC Bar 1027970
        601 D Street, N.W., Room 4.210
        Washington, D.C. 20530
        (202) 252-6741
        Jamie.Carter@usdoj.gov