# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | Case No. 1:21-cr-00247-002 (TFH) |
| v. | : | |
| | : | |
| **JONATHAN DANIEL CARLTON,** | : | SENTENCING: July 28, 2022 |
| | : | |
| **Defendant.** | : | |

## UNITED STATES' AND DEFENDANT'S
## JOINT MOTION TO CONTINUE SENTENCING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully joins with the defendant in requesting a several week continuance of the sentencing hearing on Thursday, July 28, 2022. Yesterday defense counsel reached out via text message notifying the undersigned AUSA that he was hospitalized with a serious illness and requesting a continuance of a few more weeks. Counsel indicated he did not have the ability to file a motion from the hospital, so the government agreed to do so. The government joins in this request.

Respectfully submitted,

MATTHEW GRAVES
UNITED STATES ATTORNEY

By: _____/s/_____
JAMIE CARTER
Assistant United States Attorney
DC Bar 1027970
601 D Street, N.W., Room 4.210
Washington, D.C. 20530
(202) 252-6741
Jamie.Carter@usdoj.gov