# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | Case No. 21-cr-247 |
| : | |
| BRADLEY WEEKS, : | |
| : | |
| Defendant.  : | |

## NOTICE OF APPEARANCE

The United States of America, by and through the United States Attorney for the District of Columbia, hereby informs the Court that Trial Attorney Kathryn E. Fifield is entering her appearance in this matter on behalf of the United States.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:   /s/ *Kathryn E. Fifield*
Kathryn E. Fifield
Trial Attorney
U.S. Department of Justice, Crim. Division
Detailed to the D.C. U.S. Attorney's Office
601 D St. N.W.
Washington, DC 20530
Kathryn.Fifield@usdoj.gov
(202) 320-0048